

# NUMBER 13-14-00484-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE FRED ADKINS

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Per Curiam Order

Relator, Fred Adkins, filed a petition for writ of mandamus in the above cause on August 26, 2014 requesting that this Court direct the trial court to withdraw its March 17, 2014 order granting a new trial in the underlying probate proceeding. The Court requests that the real party in interest, Antonio Gutierrez Tingle, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 29th
day of August, 2014.